UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHEVY CHASE BANK, F.S.B.,**

        **Plaintiff,**

-vs-                                                          Case No. 6:09-cv-2132-Orl-31GJK

**CHARLES C. CARRINGTON, UNKNOWN SPOUSE OF CHARLES C. CARRINGTON, SUSAN NAUMANN, if living, including any unknown spouse of said defendant(s), if remarried, & if grantees, assignees, creditors, lienors & trustees & all other persons claiming by, through, under or against the named defendant, ROGER NAUMANN, if living, including any unknown spouse of said defendant(s), if remarried, & if grantees, assignees, creditors, lienors & trustees & all other persons claiming by, through, under or against the named defendant, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for Fidelity Funding Mortage Corp, whether dissolved or presently existing, together with grantees, assignees, creditors, lienors, or trustees of said defendant(s) & all other persons claiming by, through, under or against defendant(s), UNKNOWN TENANT #1, UNKNOWN TENANT #2,**

        **Defendants.**
_____

**CHARLES C. CARRINGTON,**

        **Third Party Plaintiff,**

**FLAGSTAR BANK, F.S.B.,**

        **Third Party Defendant,**
_____

# ORDER

      This matter comes before the Court on Flagstar Bank's Notice of Filing (Doc. 17). The Notice of Filing includes, as an attachment, the First Amended Third Party Complaint (Doc. 17-3),

which was filed in state court on December 28, 2009. The Clerk is **DIRECTED** to docket the First Amended Third Party Complaint as a stand-alone pleading. In addition, the Motion to Dismiss (Doc. 4), which is directed to the original Third Party Complaint (Doc. 2), is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 1, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party